**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00056-CV**
_____

**IN RE SAYED FARID YOUSSEF AND LAURA YOUSSEF**

**Original Proceeding**
**411th District Court of Polk County, Texas**
**Trial Cause No. CIV29687**

**MEMORANDUM OPINION**

In a mandamus petition, Sayed Farid Youssef and Laura Youssef argue that the trial court clearly abused its discretion by: (1) striking testimony from expert witnesses that were timely designated by other defendants and deposed before the trial court severed the partial summary judgment on all claims against those defendants; (2) striking designations of experts, and testimony from those experts, who were identified by the Youssefs in a supplemental disclosure after the deadline for designating experts but prior to the close of discovery; and (3) denying a motion for leave of court to file a late designation of experts.

1

A writ of mandamus is an extraordinary remedy that will issue only to correct a clear abuse of discretion for which the relators have no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and examining the documents contained in the appendices, we conclude that the Youssefs have not established that the trial court clearly abused its discretion. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a). The motion for temporary relief is denied as moot.

PETITION DENIED.

PER CURIAM

Submitted on March 6, 2019
Opinion Delivered March 7, 2019

Before Kreger, Horton, and Johnson, JJ.

2